IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>Mayslake Village - Plainfield Campus, Inc., an Illinois not-for-profit corporation,<br><br>                       Debtor. | Chapter 11<br><br>Case No. 09-43338<br><br>Honorable John H. Squires |

### NOTICE OF (A) THE ENTRY OF AN INTERIM ORDER AUTHORIZING DEBTOR TO USE PRE-PETITION COLLATERAL, INCLUDING CASH COLLATERAL, AND GRANTING ADEQUATE PROTECTION PURSUANT TO SECTIONS 361, 362 AND 363 AND (B) THE FINAL HEARING ON DEBTOR'S MOTION TO USE PRE-PETITION COLLATERAL

On November 16, 2009, Mayslake Village - Plainfield Campus, Inc. (the "Debtor") filed its petition for relief under Chapter 11 of the Bankruptcy Code. Contemporaneously with that petition, the Debtor filed certain motions (the "First Day Motions") and a declaration in support thereof.

On November 23, a hearing on the First Day Motions was held before the Honorable John H. Squires, United States Bankruptcy Judge. At that hearing, the Court entered the Interim Order Authorizing Debtor to Use Pre-Petition Collateral, Including Cash Collateral and Granting Adequate Protection Pursuant to Sections 361, 362 and 363.

The hearing to approve Debtor's use of the Pre-petition Collateral, including Cash Collateral on a final basis has been scheduled for **December 22, 2009 at 10:00 AM**. Any objections to the Debtor's use of the Pre-petition Collateral, including Cash Collateral, must be filed on or before **December 15, 2009 at 4:00 PM**.

Dated:  November 25, 2009

Respectfully submitted,

MAYSLAKE VILLAGE - PLAINFIELD CAMPUS, INC.

By: /s/ Daniel A. Zazove
    One of Debtor's Attorneys

Daniel A. Zazove, ARDC No. 3104117
Kathleen A. Stetsko, ARDC No. 6297704
KStetsko@perkinscoie.com
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
312.324.8400

## CERTIFICATE OF SERVICE

Daniel A. Zazove, an attorney, hereby certifies that on November 17, 2009 he caused a copy of *Debtor's Application to Employ and Retain Perkins Coie LLP as its Bankruptcy Counsel Pursuant to 11 U.S.C. §§ 327, 328 and 1107(B) and Fed. R. Bankr. P. 2014* to be served on the parties listed on the attached Service List as so indicated.

/s/ Daniel Zazove
PERKINS COIE LLP
Daniel A. Zazove (ARDC #3104117)
131 S. Dearborn Street - Suite 1700
Chicago, Illinois 60603-5559
Telephone: (312) 324-8400
Facsimile: (312) 324-9400

## SERVICE LIST – MAYSLAKE

|  | Fax No./Email Address | Method of Delivery |
|---|---|---|
| Richard C. Friedman<br>Office of the U.S. Trustee<br>219 S. Dearborn St., Room 873<br>Chicago, IL 60604-1702 | richard.c.friedman@usdoj.gov | U.S. Mail/Email |
| Bank of America<br>135 S.LaSalle St.<br>Suite 1240<br>Chicago IL 60603 |  | U.S. Mail |
| *Attorney for Bank of America*<br>Jonathan P. Mincieli<br>Cassiday Shade LLP<br>2056 Westings Avenue, Suite 250<br>Naperville, IL 60563 |  | U.S. Mail |
| *Attorney for Bank of America*<br>George R. Mesires<br>John W. Roberts<br>Barack Ferrazzano Kirschbaum &<br>Nagleberg LLP<br>200 W. Madison St., Suite 3900<br>Chicago IL 60606 | george.mesires@bfkn.com<br>john.roberts@bfkn.com | Court ECF notice<br>Email |
| MV Benevolent Fund, Inc.<br>1801 35th St.<br>Oak Brook, IL 60523 |  | U.S. Mail |
| Franciscan Tertiary Province of<br>the Sacred Heart –<br>Benevolent Fund<br>1801 35th St.<br>Oak Brook, IL 60523 |  | U.S. Mail |
| Franciscan Tertiary Province of<br>the Sacred Heart –<br>Cloister Courts<br>1801 35th St.<br>Oak Brook, IL 60523 |  | U.S. Mail |

|  | Fax No./Email Address | Method of Delivery |
|---|---|---|
| Fomark Companies<br>24955 Madison Street<br>Plainfield, IL 60544 | 815-432-7870 | U.S. Mail |
| Guardian Security Services<br>3300 West 127th Street<br>Blue Island, IL 60406 | 708-385-0656 | U.S. Mail |
| Exelon Energy<br>300 Exelon Way<br>Kennett Square, PA 19348 | 610-765-7205 | U.S. Mail |
| Village of Plainfield<br>24401 W. Lockport Street<br>Bedford Park, IL 60499-1206 | 815-436-1950 | U.S. Mail |
| Acres Group<br>35281 Eagle Way<br>Chicago, IL 60678 | 815-609-3643 | U.S. Mail |
| Gordon Food Service<br>333 50th St.<br>Grand Rapids, MI 49501 |  | U.S. Mail |
| Fomark Home Care Services<br>24955 Madison Street<br>Plainfield, IL 60544 | 815-432-7870 | U.S. Mail |
| Sycamore Carpetland<br>1719 DeKalb Ave<br>Sycamore, IL 60178 | 815-895-3230 | U.S. Mail |
| Comcast<br>1711 E. Wilson St.<br>Batavia, IL 60510-1470 |  | U.S. Mail |
| Otis<br>949 Oak Creek Dr.<br>Lombard, IL, 60148 | 860-353-4285 | U.S. Mail |
| Kaz Electric & Engineering<br>7853 S. Kedvale Ave.<br>Chicago, IL 60652 |  | U.S. Mail |

71228-0001/LEGAL17305729.1

|  | Fax No./Email Address | Method of Delivery |
|---|---|---|
| Diamond Factory Service<br>2611 M-139<br>South Benton Harbor, MI 49022 | | U.S. Mail |
| Vannic Cleaning Services, Inc.<br>P.O. Box 786<br>Plainfield, IL 60544-0786 | | U.S. Mail |
| Ecolab<br>370 N. Wabasha Street<br>St. Paul, Minnesota 55102-2233 | | U.S. Mail |
| Orkin Inc.<br>24149 W. Riverwalk Court<br>Unit 143<br>Plainfield, IL 60544-1219 | 815-577-7935 | U.S. Mail |
| Joliet Disposal, Inc.<br>811 Rowell Ave<br>Joliet, IL 60433-2524 | 815-727-6530 | U.S. Mail |
| HD Supply Facilities Maintenance<br>10641 Scripts Summit Court<br>San Diego, CA 92131 | 800-283-8883 | U.S. Mail |

71228-0001/LEGAL17305729.1