## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re<br><br>MAYSLAKE VILLAGE – PLAINFIELD CAMPUS, INC., an Illinois not-for-profit corporation,<br><br>        Debtor. | Case No. 09-43338<br><br>Chapter 11<br><br>Hon. John H. Squires |

### STIPULATED ORDER TO EXTEND DEADLINE BY WHICH BANK OF AMERICA, N.A. MAY OBJECT TO ENTRY OF FINAL CASH COLLATERAL ORDER

Mayslake Village – Plainfield Campus, Inc. ("Debtor") and Bank of America, N.A., as successor by merger to LaSalle Bank National Association ("BofA"), as the senior mortgage lender, through their respective counsel, submit this stipulation and agreed order to extend the date by which BofA may object to the entry of a final cash collateral order.

1. On December 11, 2009, this Court entered a revised interim order, which, among other things, fixed the deadline by which objections to the Debtor's use of BofA's cash collateral on a final basis as 4:00 p.m. on December 15, 2009. The final hearing is set for December 22, 2009.

2. On the afternoon of December 15, 2009, BofA attended the 11 U.S.C. § 341 meeting of creditors. At and following the 341 meeting, counsel for the Debtor and BofA discussed BofA's concerns about the proposed use of cash collateral.

3. In order to allow the parties sufficient time to address certain concerns of BofA about the use of its cash collateral, the parties agree that is necessary and reasonable for BofA to

have an additional 48 hours to negotiate an agreed order or interpose an objection.

| | |
|---|---|
| Mayslake Village – Plainfield Campus, Inc., an Illinois not for profit corporation | BANK OF AMERICA, N.A., as successor in interest to LaSalle Bank National Association |
| By: __/s/ Kathleen A. Stetsko__ | By: __/s/ Janice A. Alwin__ |
| Daniel A. Zazove<br>Kathleen A. Stetsko<br>Perkins Coie LLP<br>131 South Dearborn St, Suite 1700<br>Chicago, IL 60603<br>Tel: (312) 324-8400<br>dzazove@perkinscoie.com<br>kstetsko@perkinscoie.com | William J. Barrett<br>Janice A. Alwin<br>Barack Ferrazzano Kirschbaum & Nagelberg LLP<br>200 West Madison St, Suite 3900<br>Chicago, IL 60606<br>Tel: (312) 984-3100<br>Fax: (312) 984-3150<br>William.barrett@bfkn.com<br>Janice.alwin@bfkn.com |

**IT IS HEREBY ORDERED:**

1.  The deadline by which BofA may file an objection to the Debtor's use of cash collateral on a final basis is extended through and including 4:00 p.m. on Thursday, December 17, 2009.

ENTER:

Dated:   DEC 16 2009

_____
Bankruptcy Judge

611529_1.DOC                                        2